**Electronically Filed
Supreme Court
SCWC-22-0000339
18-JUL-2025
07:41 AM
Dkt. 32 ODAC**

SCWC-22-0000339

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Matter of VALERIE ASATO,
Petitioner/Complainant-Appellant/Appellant,

vs.

HAWAII GOVERNMENT EMPLOYESS ASSOSCIATION;
and DEPARTMENT OF EDUCATION, STATE OF HAWAIʻI,
Respondents/Respondents-Appellees/Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000339; CASE. NO. 1CCV-21-0000736)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Castagnetti in place of Devens, J., recused)

Petitioner Valerie Asato's Application for Writ of

Certiorari, filed on May 19, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 18, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Jeannette H. Castagnetti

